# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **JOSHUA TAYLOR,** | * | Case No. 2:17-cv-508 |
| *Plaintiff,* | * | |
| | | Judge George C. Smith |
| v. | * | |
| **GREAT CLIPS LAWN CARE LLC,** | * | **STIPULATION OF DISMISSAL** |
| | | **WITH PREJUDICE** |
| *Defendant.* | * | |
| | * | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate and agree that this action shall be voluntarily dismissed with prejudice.  Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

s/Ryan K. Hymore_____
Ryan K. Hymore (0080750)
MANGANO LAW OFFICES CO., L.P.A.
3805 Edwards Road, Suite 550
Cincinnati, Ohio 45209
T: (513) 255-5888
Email: rkhymore@bmanganolaw.com

*Trial Attorney for Plaintiff*

s/ Stephen J. Bowshier *via 9/8/17 email consent*
_____
Stephen J. Bowshier (0019457)
4297 Orders Road
Grove City, Ohio 43123
T:  614-875-1777
Email: bowshier22@aol.com

*Trial Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing paper will be served by operation of the Court's CM/ECF system upon all parties of record in this matter on this 11th day of September 2017.

s/Ryan K. Hymore
_____